Christy Ochoa

vs.

Walmart Inc.

**ELECTRONICALLY FILED**
2020 Aug 24 AM 10:33
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-001349-TP

**SUMMONS**

To the above-named Defendant/Respondent:

> **Walmart Inc.**
> **112 S. W. 7th Street, Suite 3C**
> **Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Christopher Jon Omlid
> 3241 N Toben
> Wichita, KS 67226

within 21 days after service of summons on you.


Bernadine D. Lumbreras

Clerk of the District Court
Electronically signed on 08/24/2020 11:12:00 AM

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2020 Aug 24 AM 10:33
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-001349-TP



3241 N. Toben
Wichita, KS 67226
316-977-9999 [t]
316-425-0414 [f]

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT OF SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT

| | |
|---|---|
| CHRISTY OCHOA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 2020-CV- |
| ) | |
| WALMART INC., ) | |
| ) | |
| Defendant. ) | |

Pursuant to Chapter 60 K.S.A.

## PETITION

Plaintiff, Christy Ochoa, by and through counsel, Christopher J. Omlid and Richard W. James of DeVaughn James Injury Lawyers, for her claims against the Defendant, Walmart Inc., alleges and states:

1. Plaintiff is a resident of Sedgwick County, Kansas.

2. Defendant, Walmart Inc., is a foreign for-profit corporation organized in the State of Arkansas. It may be served through its resident agent, The Corporation Company, Inc., at 112 S.W. 7th St., Ste. 3C, Topeka, KS, 66603.

3. On or about March 8, 2019 in Sedgwick County, Kansas, Plaintiff was a business visitor shopping at Defendant's store located at 3137 S Seneca Street, Wichita, KS 67217 ("Store").

4. At all times relevant herein, there was a hazardous condition on its floor.

5. As Plaintiff entered the Store, she fell due to a defective or defective placed

floormat that was not lying flat on the ground.

6. Defendant negligently created or maintained a hazardous condition. Defendant knew or should have known of this hazardous condition.

7. Defendant negligently failed to remedy the hazardous condition.

8. Defendant negligently failed to warn its consumers of the hazardous condition that was in existence on the floor of its store.

9. At all times relevant herein, Plaintiff was exercising reasonable care. She did not observe the hazardous condition on the floor and had no reason to know of that hazardous condition would be in existence on the interior floor.

10. Defendant's employees and/or agents negligently failed to fix or provide adequate warning of the dangerous condition.

11. Through principles of respondeat superior and vicarious liability, Defendant is responsible for the negligence of its employees and agents.

12. As a result of Defendant's negligence, Plaintiff sustained personal injuries. Plaintiff's damages include past medical expenses, future medical expenses, past and future economic damages and past and future non-economic damages including pain, suffering and mental anguish.

WHEREFORE, Plaintiff requests judgment against Defendant for an amount in an amount in excess of SEVENTY-FIVE THOUSAND ($75,000.00), together with the costs incurred herein and for such other and any further relief this Court deems fair, just and equitable.

Respectfully submitted,

DeVaughn James Injury Lawyers

2

By: /s/Christopher J. Omlid
Christopher J. Omlid, #26632
Richard W. James, #19822
comlid@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by a jury of twelve persons in this matter.

By: /s/Christopher J. Omlid
Christopher J. Omlid, #26632
Richard W. James, #19822
comlid@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

3

ELECTRONICALLY FILED
2020 Aug 24 PM 3:30
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-001349-TP



3241 N. Toben
Wichita, KS 67226
316-977-9999 [t]
316-425-0414 [f]

## IN THE EIGHTEENTH JUDICIAL DISTRICT
## DISTRICT COURT OF SEDGWICK COUNTY, KANSAS
## CIVIL DEPARTMENT

| | |
|---|---|
| CHRISTY OCHOA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2020-CV-001349 |
| WALMART INC., | ) |
| Defendant. | ) |

Pursuant to Chapter 60 K.S.A.

### NOTICE OF SERVICE OF DISCOVERY REQUESTS

Plaintiff by and through counsel Christopher J. Omlid and Richard W. James of DeVaughn James Injury Lawyers, hereby notifies the Court that on February 4, 2020, served upon defendant the following documents:

1. Plaintiff's First Requests for Production of Documents to Defendant;

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/Christopher J. Omlid
Christopher J. Omlid, #26632
Richard W. James, #19822
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 24, 2020, that a true and correct copy of the above and foregoing was sent via Certified U.S. Mail, postage prepaid and properly addressed to:

The Corporation Company, Inc.
112 S.W. 7th St., Ste. 3C
Topeka, KS, 66603.

By: /s/Christopher J. Omlid
Christopher J. Omlid, #26632
Richard W. James, #19822
comlid@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*



3241 N. Toben
Wichita, KS 67226
316-977-9999 [t]
316-425-0414 [f]

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT OF SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT

CHRISTY OCHOA, )
)
        Plaintiff, )
vs. ) Case No. 2020-CV-001349
)
WALMART INC., )
)
        Defendant. )
_____)

Pursuant to Chapter 60 K.S.A.

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff by and through counsel Christopher J. Omlid and Richard W. James of DeVaughn James Injury Lawyers pursuant to K.S.A. 60-234, hereby submits the following First Request for Production of Documents to Defendant.

#### REQUESTS

1. Please produce any surveillance videotapes, video recordings, DVD's, pictures, digital images and/or photocopies, or any other photographic evidence, or charts or diagrams whatsoever, concerning the subject incident, including but not limited to the scene of the incident, the location of the incident, the condition of the location of the incident where the Plaintiff incurred her injuries as alleged and described in plaintiff's Petition. This request includes any and all surveillance footage of Plaintiff or monitoring footage of the location.

**RESPONSE:**

2. Please produce a copy of the (or any) Incident Reports and/or any photographs, video recordings, drawings, sketches, diagrams, charts, notes, statements, written, taped or transcribed reports or interviews regarding the investigation of the incident that was taken, created, prepared, and/or completed by the plaintiff or any representative or employee of the defendant at the time of Plaintiff's fall incident, or subsequent to Plaintiff's fall once the defendant's employees/agents were made aware of the occurrence.

**RESPONSE:**

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/Christopher J. Omlid
Christopher J. Omlid, #26632
Richard W. James, #19822
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 24, 2020, that a true and correct copy of the above and foregoing was sent via Certified U.S. Mail, postage prepaid and properly addressed to:

The Corporation Company, Inc.
112 S.W. 7th St., Ste. 3C
Topeka, KS, 66603.

By: /s/Christopher J. Omlid
Christopher J. Omlid, #26632
Richard W. James, #19822
comlid@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

2